RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CA 95353-3051
(209) 576-1954

Case 11-26823    Filed 10/17/11    Doc 43

FILED
October 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003839049

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br>**JAIME MERLAN**<br>SSN #1    XXX-XX-9182    AKA: JAIME H MERLAN<br><br>**MARIA MERLAN**<br>SSN #2    XXX-XX-2691    AKA: MARIA P MERLAN<br>                                           MARIA PATROCINIO MERLAN<br>Debtor(s) | CASE NO:<br>11-26823<br><br>CHAPTER 13<br><br>NOTICE OF<br>FILED CLAIMS |

In accordance with General Order 05-03, Russell D. Greer, Chapter 13 Standing Trustee, has compiled a list of filed claims in the above referenced case. That list is attached hereto. This Notice of Filed Claims is being served on the debtor(s) and the attorney for the debtor(s) so that they may review the same and, in general, determine whether any claim should be objected to, whether the debtor(s) should file a claim for any creditor that has failed to file a claim, and whether the debtor(s) plan should be modified due to the claims that have been filed. Debtor(s) and the attorney for the debtor(s) are directed to General Order 05-03   Paragraph 6. Proofs of Claim, Claim Objections, and Notice of Filed Claims for further particulars. That general order is available on the Court's internet site, www.caeb.uscourts.gov, and at the Court's public counters.

Please note the following important dates:

Deadline to File a Proof of Claim:
    Creditors (except governmental unit)                     August 02, 2011
    Governmental unit                                             September 15, 2011

Deadline for debtor(s) to file claims, per Gen. Order 05-03        December 16, 2011
Deadline to object to filed claims, per Gen. Order 05-03          December 16, 2011
Deadline to modify plan, etc., per Gen. Order 05-03                January 17, 2012

The dates above are provided for the convenience of the parties. The Trustee's office shall not be liable for any mistakes or omissions with respect to said dates. Debtor(s) and the attorney for the debtor(s) should review the Court file and calculate all relevant dates.

    NOTICE TO DEBTOR(S): FOR YOUR CASE TO BE SUCCESSFUL IT IS VERY IMPORTANT
    FOR YOU TO REVIEW THIS DOCUMENT WITH YOUR ATTORNEY.

DATED: October 17, 2011

                                                                /s/RUSSELL D. GREER
                                                                RUSSELL D. GREER
                                                                CHAPTER 13 STANDING TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:
**JAIME MERLAN**
**MARIA MERLAN**

CASE No. 11-26823

SS #1 XXX-XX-9182     SS #2 XXX-XX-2691

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Claim No.: 001    Status: Ignore    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: NOTICE CREDITOR
Account Nbr:
Creditor Name: OFFICE OF THE US TRUSTEE      Debt Scheduled: None
               501 I STREET      Debt Per Filed Claim:
               SUITE 7-500      Approved Claim Amt:
               SACRAMENTO, CA 95814      Date Claim Filed: Not Filed

Claim No.: 002    Status: Ignore    Pay Seq: 55    Pay%: 100.0000    Int Rate: 4.2500
Class: Secured    Category: LATE FILED
Account Nbr: 2085 (F040-1766A)
Creditor Name: US BANK NA      Debt Scheduled: 74,465.00
               4801 FREDERICA ST      Debt Per Filed Claim: 74,462.00
               OWENSBORO, KY 42301      Approved Claim Amt: 74,462.00
                    Date Claim Filed: 10/12/2011

Claim No.: 002    Status: Ignore    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: LATE FILED
Account Nbr: 2085
Creditor Name: US BANK NA      Debt Scheduled: 187,935.00
               4801 FREDERICA ST      Debt Per Filed Claim: 233,350.51
               OWENSBORO, KY 42301      Approved Claim Amt: 233,350.51
                    Date Claim Filed: 10/12/2011

Claim No.: 003    Status: Release    Pay Seq: 55    Pay%: .0000    Int Rate: .0000    PAID DIRECT
Class: Secured    Category: SECD DEBT PD DIR
Account Nbr: 3693
Creditor Name: WELLS FARGO BANK      Debt Scheduled: 333,100.00
               PO BOX 10335      Debt Per Filed Claim:
               DES MOINES, IA 50306      Approved Claim Amt:
                    Date Claim Filed: Not Filed

Claim No.: 004    Status: Release    Pay Seq: 55    Pay%: 100.0000    Int Rate: .0000
Class: Secured    Category: SECD DEBT PD IN PLAN
Account Nbr: 172843494 WFCHEQ1126823CAE91825247
Creditor Name: WELLS FARGO OPERATION CENTER      Debt Scheduled: None
               PO BOX 31557 MAC B6955-01B      Debt Per Filed Claim:
               BILLINGS, MT 59107      Approved Claim Amt:
                    Date Claim Filed: 04/07/2011

Claim No.: 004    Status: Release    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 172843494 WFCHEQ1126823CAE91825247
Creditor Name: WELLS FARGO OPERATION CENTER      Debt Scheduled: 46,100.00
               PO BOX 31557 MAC B6955-01B      Debt Per Filed Claim: 38,243.26
               BILLINGS, MT 59107      Approved Claim Amt: 38,243.26
                    Date Claim Filed: 04/07/2011

Claim No.: 005    Status: Release    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 2829
Creditor Name: ROUNDUP FUNDING LLC      Debt Scheduled: 127.00
               MS 550      Debt Per Filed Claim: 318.62
               PO BOX 91121      Approved Claim Amt: 318.62
               SEATTLE, WA 98111-9221      Date Claim Filed: 07/25/2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:
JAIME MERLAN
MARIA MERLAN

CASE No. 11-26823

SS #1   XXX-XX-9182          SS #2   XXX-XX-2691

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Claim No.:   006    Status: Release    Pay Seq: 75    Pay%:   .0000    Int Rate:   .0000
Class: Unsecured        Category: GENERAL UNSECURED
Account Nbr:  1192
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC          Debt Scheduled:           3,518.00
               PO BOX 12914                               Debt Per Filed Claim:     3,125.45
               NORFOLK, VA 23541                          Approved Claim Amt:       3,125.45
                                                         Date Claim Filed:        04/25/2011

Claim No.:   007    Status: Release    Pay Seq: 75    Pay%:   .0000    Int Rate:   .0000
Class: Unsecured        Category: GENERAL UNSECURED
Account Nbr:  8637
Creditor Name: HSBC BANK NEVADA N A                       Debt Scheduled:             472.00
               BASS & ASSOCIATES P C                      Debt Per Filed Claim:       688.00
               3936 E FT LOWELL ROAD SUITE 200            Approved Claim Amt:         688.00
               TUCSON, AZ 85712                           Date Claim Filed:        05/04/2011

Claim No.:   008    Status: Release    Pay Seq: 75    Pay%:   .0000    Int Rate:   .0000
Class: Unsecured        Category: GENERAL UNSECURED
Account Nbr:  0770
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC          Debt Scheduled:           3,861.00
               PO BOX 12914                               Debt Per Filed Claim:     3,135.03
               NORFOLK, VA 23541                          Approved Claim Amt:       3,135.03
                                                         Date Claim Filed:        04/25/2011

Claim No.:   009    Status: Release    Pay Seq: 75    Pay%:   .0000    Int Rate:   .0000
Class: Unsecured        Category: GENERAL UNSECURED
Account Nbr:  6236
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC          Debt Scheduled:             342.00
               PO BOX 12914                               Debt Per Filed Claim:       302.80
               NORFOLK, VA 23541                          Approved Claim Amt:         302.80
                                                         Date Claim Filed:        06/09/2011

Claim No.:   010    Status: Release    Pay Seq: 75    Pay%:   .0000    Int Rate:   .0000
Class: Unsecured        Category: GENERAL UNSECURED
Account Nbr:  0675
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC          Debt Scheduled:           3,083.00
               PO BOX 12914                               Debt Per Filed Claim:     2,902.33
               NORFOLK, VA 23541                          Approved Claim Amt:       2,902.33
                                                         Date Claim Filed:        04/25/2011

Claim No.:   011    Status: Release    Pay Seq: 75    Pay%:   .0000    Int Rate:   .0000
Class: Unsecured        Category: GENERAL UNSECURED
Account Nbr:  7432
Creditor Name: MACYS                                      Debt Scheduled:           2,006.00
               PO BOX 8053                                Debt Per Filed Claim:
               MASON, OH 45040                            Approved Claim Amt:
                                                         Date Claim Filed:        Not Filed

Claim No.:   012    Status: Release    Pay Seq: 75    Pay%:   .0000    Int Rate:   .0000
Class: Unsecured        Category: GENERAL UNSECURED
Account Nbr:  9182
Creditor Name: OPERATING ENGINEERS LOCAL #3 FCU           Debt Scheduled:           9,264.00
               PO BOX 5073                                Debt Per Filed Claim:     7,244.60
               LIVERMORE, CA 94551                        Approved Claim Amt:       7,244.60
                                                         Date Claim Filed:        07/20/2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:
JAIME MERLAN
MARIA MERLAN

CASE No. 11-26823

SS #1  XXX-XX-9182          SS #2  XXX-XX-2691

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Claim No.: 013     Status: Release     Pay Seq: 75    Pay%: .0000     Int Rate: .0000
Class: Unsecured      Category: GENERAL UNSECURED
Account Nbr: 4547
Creditor Name: SEARS CARD                              Debt Scheduled:           1,849.00
      PO BOX 6922                                Debt Per Filed Claim:
      THE LAKES, NV 88901                        Approved Claim Amt:
                                                 Date Claim Filed:        Not Filed

Claim No.: 014     Status: Release     Pay Seq: 75    Pay%: .0000     Int Rate: .0000
Class: Unsecured      Category: GENERAL UNSECURED
Account Nbr: 4547
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC       Debt Scheduled:           1,460.00
      PO BOX 12914                               Debt Per Filed Claim:     1,227.60
      NORFOLK, VA 23541                          Approved Claim Amt:       1,227.60
                                                 Date Claim Filed:        04/25/2011

Claim No.: 015     Status: Release     Pay Seq: 75    Pay%: .0000     Int Rate: .0000
Class: Unsecured      Category: GENERAL UNSECURED
Account Nbr: 5850
Creditor Name: TARGET NATIONAL BANK                    Debt Scheduled:             122.00
      PO BOX 59317                               Debt Per Filed Claim:
      MINNEAPOLIS, MN 55459-0317                 Approved Claim Amt:
                                                 Date Claim Filed:        Not Filed

Claim No.: 016     Status: Release     Pay Seq: 75    Pay%: .0000     Int Rate: .0000
Class: Unsecured      Category: GENERAL UNSECURED
Account Nbr: 9711
Creditor Name: HSBC BANK NEVADA NA                     Debt Scheduled:           3,352.00
      C/O PRA RECEIVABLES MANAGEMENT LLC         Debt Per Filed Claim:     2,821.18
      PO BOX 12907                               Approved Claim Amt:       2,821.18
      NORFOLK, VA 23541                          Date Claim Filed:        04/22/2011

Claim No.: 017     Status: Ignore      Pay Seq: 75    Pay%: .0000     Int Rate: .0000
Class: Unsecured      Category: NOTICE CREDITOR
Account Nbr: 2401
Creditor Name: WELLS FARGO BANK                        Debt Scheduled:              None
      C/O BUREAU OF COLLECTION                   Debt Per Filed Claim:
      PO BOX 9001                                Approved Claim Amt:
      MINNETONKA, MN 55345                       Date Claim Filed:        Not Filed

Claim No.: 018     Status: Ignore      Pay Seq: 75    Pay%: .0000     Int Rate: .0000
Class: Unsecured      Category: NOTICE CREDITOR
Account Nbr: 39-2009-00231167
Creditor Name: WELLS FARGO BANK                        Debt Scheduled:              None
      C/O GORDON & WONG LAW GROUP                Debt Per Filed Claim:
      510 MYRTLE AVE, SUITE 102                  Approved Claim Amt:
      SAN FRANCISCO, CA 94080                    Date Claim Filed:        Not Filed

Claim No.: 019     Status: Ignore      Pay Seq: 75    Pay%: .0000     Int Rate: .0000
Class: Unsecured      Category: NOTICE CREDITOR
Account Nbr: 8637
Creditor Name: HSBC BANK NEVADA N A                    Debt Scheduled:              None
      BASS & ASSOCIATES P C                      Debt Per Filed Claim:
      3936 E FT LOWELL ROAD SUITE 200            Approved Claim Amt:
      TUCSON, AZ 85712                           Date Claim Filed:        Not Filed

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:  
    JAIME MERLAN  
    MARIA MERLAN  

CASE No. 11-26823

SS #1  XXX-XX-9182       SS #2  XXX-XX-2691

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Claim No.: 020   Status: Release   Pay Seq: 75   Pay%: .0000   Int Rate: .0000  
Class: Unsecured   Category: LEASE/EXEC K REJECT  
Account Nbr: LEASE ON PROP AT 2061 HOUSTON AVE  
Creditor Name: LEROY COLBERT                      Debt Scheduled:     None  
               2061 HOUSTON AVE                    Debt Per Filed Claim:  
               STOCKTON, CA 00000                   Approved Claim Amt:  
                                                                     Date Claim Filed:   Not Filed

Claim No.: 021   Status: Ignore   Pay Seq: 75   Pay%: .0000   Int Rate: .0000  
Class: Unsecured   Category: NOTICE CREDITOR  
Account Nbr: 172843494 WFCHEQ1126823CAE91825247  
Creditor Name: WELLS FARGO BANK N A             Debt Scheduled:     None  
               HOME EQUITY GROUP/ X2303-01A     Debt Per Filed Claim:  
               1 HOME CAPMUS                        Approved Claim Amt:  
               DES MOINES, IA 50328-0001        Date Claim Filed:   Not Filed

Claim No.: 022   Status: Ignore   Pay Seq: 75   Pay%: .0000   Int Rate: .0000  
Class: Unsecured   Category: NOTICE CREDITOR  
Account Nbr: 9711  
Creditor Name: HSBC BANK NEVADA NA              Debt Scheduled:     None  
               C/O PRA RECEIVABLES MANAGEMENT LLC  Debt Per Filed Claim:  
               PO BOX 12907                         Approved Claim Amt:  
               NORFOLK, VA 23541                  Date Claim Filed:   Not Filed

Claim No.: 023   Status: Ignore   Pay Seq: 75   Pay%: .0000   Int Rate: .0000  
Class: Unsecured   Category: NOTICE CREDITOR  
Account Nbr: 0770  
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC  Debt Scheduled:     None  
               PO BOX 41067                         Debt Per Filed Claim:  
               NORFOLK, VA 23541                  Approved Claim Amt:  
                                                                     Date Claim Filed:   Not Filed

Claim No.: 024   Status: Ignore   Pay Seq: 75   Pay%: .0000   Int Rate: .0000  
Class: Unsecured   Category: NOTICE CREDITOR  
Account Nbr: 0675  
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC  Debt Scheduled:     None  
               PO BOX 41067                         Debt Per Filed Claim:  
               NORFOLK, VA 23541                  Approved Claim Amt:  
                                                                     Date Claim Filed:   Not Filed

Claim No.: 025   Status: Ignore   Pay Seq: 75   Pay%: .0000   Int Rate: .0000  
Class: Unsecured   Category: NOTICE CREDITOR  
Account Nbr: 4547  
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC  Debt Scheduled:     None  
               PO BOX 41067                         Debt Per Filed Claim:  
               NORFOLK, VA 23541                  Approved Claim Amt:  
                                                                     Date Claim Filed:   Not Filed

Claim No.: 026   Status: Ignore   Pay Seq: 75   Pay%: .0000   Int Rate: .0000  
Class: Unsecured   Category: NOTICE CREDITOR  
Account Nbr: 1192  
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC  Debt Scheduled:     None  
               PO BOX 41067                         Debt Per Filed Claim:  
               NORFOLK, VA 23541                  Approved Claim Amt:  
                                                                     Date Claim Filed:   Not Filed

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:
    JAIME MERLAN                                            CASE No. 11-26823
    MARIA MERLAN

SS #1  XXX-XX-9182       SS #2  XXX-XX-2691

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Claim No.: 027    Status: Ignore    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: NOTICE CREDITOR
Account Nbr: 8637
Creditor Name: BASS & ASSOCIATES P C            Debt Scheduled:           None
                 3936 E FT LOWELL STE 200         Debt Per Filed Claim:
                 TUCSON, AZ 85712                  Approved Claim Amt:
                                                              Date Claim Filed:        Not Filed

Claim No.: 028    Status: Ignore    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: NOTICE CREDITOR
Account Nbr: 6236
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC    Debt Scheduled:        None
                PO BOX 41067                      Debt Per Filed Claim:
                NORFOLK, VA 23541              Approved Claim Amt:
                                                                   Date Claim Filed:        Not Filed

Claim No.: 799    Status: Release    Pay Seq: 45    Pay%: 100.0000    Int Rate: .0000
Class: Attorney    Category: ATTORNEY OF RECORD
Account Nbr:
Creditor Name: THOMAS O GILLIS                Debt Scheduled:           None
                1006 H STREET STE 1             Debt Per Filed Claim:
                MODESTO, CA 95354             Approved Claim Amt:
                                                 Date Claim Filed:       03/19/2011

TOTALS for claims to be paid through plan:

| | Secured | Priority | Unsecured | Administrative | Special | Attorney |
|---|---|---|---|---|---|---|
| | | | CLASS OF CLAIMS | | | |
| Debt Scheduled: | 74,465.00 | .00 | 263,491.00 | .00 | .00 | .00 |
| Debt Per Filed Claims: | 74,462.00 | .00 | 293,359.38 | .00 | .00 | .00 |
| Approved Claim Amt: | 74,462.00 | .00 | 293,359.38 | .00 | .00 | .00 |